DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6401
    FAX: (415) 436-7234
    Aseem.Padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-0580-VC |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| LUIS TERUEL, | |
| Defendant. | |

On October 31, 2019, defendant Luis Teruel was charged by indictment with one count of possession with intent to distribute and distribution of cocaine salt, and three counts of possession with intent to distribute controlled substances (methamphetamine, heroin, and fentanyl), in violation of Title 21 United States Code Sections 841(a)(1) and (b)(1)(C).

This matter came before the Court on December 11, 2019 for a detention hearing, at which point the defendant waived his right to a hearing without prejudice due to a lack of surety willing to co-sign a bond. This matter came before the Court again on December 17 for a detention hearing, because the defendant identified a potential surety. The defendant was present and represented by Assistant Federal Public Defender David Rizk. Assistant United States Attorney Aseem Padukone appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel

submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: Due to the seriousness of the defendant's alleged offenses, the fact that the defendant has been in this country for just six months and has limited ties to this district or to the United States, and because his close family members, including his parents and siblings, all reside abroad in Honduras, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: 12/19/2019

HONORABLE THOMAS HIXSON
United States Magistrate Judge